**DISMISS and Opinion Filed October 21, 2021**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-21-00587-CV

---

**ALAA MOHAMED WEISS AKA ALAN WEISS AND STEPS AMERICA, INC., Appellants**

**V.**

**GVH, INC. AND THE FERBY CORPORATION, Appellees**

---

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01722-2021**

---

## MEMORANDUM OPINION

Before Justices Schenck, Smith, and Garcia
Opinion by Justice Smith

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcard dated July 15, 2021, we notified appellants the $205 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated July 15, 2021, we informed appellants the docketing statement in this case was due. We cautioned appellants that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated September 16, 2021, we informed appellants

the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide, within ten days, verification that they (1) had either paid for or made arrangements to pay for the record, or (2) are entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, appellants have not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Craig Smith/
CRAIG SMITH
JUSTICE

210587F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALAA MOHAMED WEISS AKA ALAN WEISS AND STEPS AMERICA, INC., Appellants

No. 05-21-00587-CV     V.

GVH, INC. AND THE FERBY CORPORATION, Appellees

On Appeal from the County Court at Law No. 3, Collin County, Texas Trial Court Cause No. 003-01722-2021.

Opinion delivered by Justice Smith. Justices Schenck and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered October 21, 2021